Room No.
Tel. No.267-299-7419

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :   Date of
                              :   Notice: NOVEMBER 14, 2019
                      :
     vs.                  :
                              :
                              :   Criminal No.  14-129-1

FRANK M. MORELLI, III
71345-066
FCI ENGLEWOOD
9595 WEST QUINCY AVENUE
LITTLETON, CO  80123

        **TAKE NOTICE** that the above-entitled case has been set for **MOTION HEARING** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **DECEMBER 11, 2019**  at **11:30 a.m.** before the Honorable  J. Curtis Joyner  in Courtroom (17A- 17th floor).

        **ALL DEFENDANTS ARE DIRECTED TO REPORT TO THE COURTROOM ON THE DATE AND TIME STATED ABOVE.  IF A DEFENDANT FAILS TO APPEAR AS DIRECTED, THE BAIL MAY BE FORFEITED AND A BENCH WARRANT ISSUED.**

        If a defendant is presently in jail, the defendant or his counsel shall notify the undersigned in writing immediately so that the necessary procedures can be taken to have the defendant present in the courtroom.

Very truly yours,

Sharon Scott, Deputy Clerk
Judge J. Curtis Joyner

___  **INTERPRETER**

```
            Notice to:   Defendant
                         R.E. Welsh, Jr., Esq.,
                         P.J. Murray, AUSA
                         U.S. Marshal
                         Probation Office
                         Pretrial Services
                         Crystal Wardlaw
```

Cr.4 (8/80)