IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 14-129 |
| | : | |
| FRANK J. MORELLI, III | : | |

WAIVER OF APPEARANCE BY FRANK J. MORELL, III
AS TO HEARING ON THE GOVERNMENT'S MOTION
TO REDUCE SENTENCE UNDER RULE 35(b)

I submit the attached letter from my client, defendant Frank J. Morelli, III, waiving his right to attend a hearing on the government's motion to reduce sentence under Rule 35(b). I have discussed the matter of waiver with Mr. Morelli by telephone after which he confirmed his decision to waive his presence in an email. Subsequently he executed the attached letter. I am satisfied that he understands his rights and has made a knowing and intelligent decision to waive his rights to attend and participate in the hearing on the government's motion.

Respectfully submitted,

/s/_____
Robert E. Welsh, Jr.
Welsh & Recker, P.C.
306 Walnut Street
Philadelphia, PA 19106
(215) 972-6430
Counsel for Defendant Frank J. Morelli

Date: November 25, 2019

<u>CERTIFICATE OF SERVICE</u>

I, Robert E. Welsh, Jr., hereby certify that on this date I delivered by ECF a true and

correct copy of the foregoing document to the following counsel:


AUSA Patrick Joseph Murray
U.S. Attorney's Office
615 Chestnut Street
Suite 1250
Philadelphia, PA 19106-4476
Patrick.j.murray@usdoj.gov


/s/_____
Robert E. Welsh, Jr.

Date:  November 25, 2019