To: The Honorable Judge, Curtis Joyner

From: Frank J. Morelli III  #71345-066

Dear Judge Joyner,

    I fully understand that I have the right to appear at my Rule 35 Hearing on December 11, 2019. I waive my right to appear at said Rule 35 Hearing. I am willing to remain at Federal Prison Camp Englewood in my home state of Colorado at that time. I am happy to have my attorney, Bob Welsh, represent me at the Hearing. Thank you for your time.

                        Sincerely,

                        Frank J Morelli III

                        #71345-066