IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 14-129 |
| | : | |
| FRANK J. MORELLI, III | : | |

<u>ORDER</u>

AND NOW, TO WIT, this _____ day of January, 2020, upon consideration of Defendant's Unopposed Motion for Certified Copies of the Court's Sealed Order Reducing Sentence, it is hereby ORDERED that the Motion is GRANTED, and the Clerk is directed to deliver two certified copies of the order granting the motion to reduce sentence (Dkt. No. 69) to Robert E. Welsh, counsel for the defendant.

By the Court:

_____
Joyner, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Crim. No. 14-129 |
| | : | |
| FRANK J. MORELLI, III | : | |

UNOPPOSED MOTION BY DEFENDANT FRANK MORELLI, III FOR CERTIFIED
COPIES OF THE COURT'S SEALED ORDER REDUCING SENTENCE

On December 17, 2019, the Court granted the government's motion to reduce sentence pursuant to Federal Rule of Criminal Procedure 35. (Dkt. No. 69). The order reducing sentence was placed under seal and remains under seal on the docket maintained by the Clerk's Office. Defendant Frank J. Morelli, through his undersigned counsel, hereby moves the Court to direct the Clerk's Office to provide undersigned defense counsel with two certified copies of the Court's December 17, 2019 order reducing sentence for the purpose of providing copies to the appropriate officials within the United States Bureau of Prisons.

AUSA Patrick Murray has informed me that I may represent that the government does not oppose this motion.

Respectfully submitted:

/s/ Robert E. Welsh, Jr.
Robert E. Welsh, Jr.
Welsh & Recker, P.C.
306 Walnut Street
Philadelphia, PA  19106
(215) 972-6430
Attorney for Defendant Frank J. Morelli, III

Date: January 15, 2020

<u>CERTIFICATE OF SERVICE</u>

      I, Robert E. Welsh, Jr., hereby certify that on this date I delivered by electronic means a true and correct copy of the foregoing Unopposed Motion for Certified Copies of the Court's Sealed Order Reducing Sentence to the following counsel:

      AUSA Patrick Murray
      United States Attorney's Office
      615 Chestnut Street, Suite 1250
      Philadelphia, PA  19106

      <u>/s/ Robert E. Welsh, Jr.</u>
      Robert E. Welsh, Jr.

Dated: January 15, 2020